UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE LEE MCDOWELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos.: 3:15-CR-141-TAV-DCP<br>3:15-CR-90-TAV-DCP |

**ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on July 27, 2026 [Case No. 3:15-CR-141, Doc. 86; Case No. 3:15-CR-90, Doc. 58]. In the R&R, Judge Popin recommends that the Court deny defendant's pro se requests seeking the appointment of counsel [Case No. 3:15-CR-141, Doc. 82; Case No. 3:15-CR-90, Doc. 55].

There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Case No. 3:15-CR-141, Doc. 86; Case No. 3:15-CR-90, Doc. 58]. Therefore, defendant's requests for appointment of counsel [Case No. 3:15-CR-141, Doc. 82; Case No. 3:15-CR-90, Doc. 55] are **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE